**Daniel L. Lis**, OSB No. 162257
Email:  dlis@buchalter.com
BUCHALTER ATER WYNNE
1331 NW Lovejoy Street, Suite 900
Portland, OR 97209
Telephone:  (503)226-8407

**Edward F. Novak**, (*Pro Hac Vice* Admission)
Email:  enovak@polsinelli.com
POLSINELLI PC
1 East Washington Street
Suite 1200
Phoenix, AZ 85004
Telephone:  (602) 650-2020

    Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OLAF JANKE,<br><br>    Defendant. | Case No. 3:19-cr-00237-SI<br><br>NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR TERMINATION OF ECF NOTIFICATIONS |

    NOTICE IS HEREBY GIVEN that as of July 30, 2021 attorney Melissa S. Ho will no longer be associated with the firm of Polsinelli PC and is therefore no longer among counsel of record for Defendants.  Accordingly, it is requested that Ms. Ho's electronic notification of actions and events docketed in the above matter be terminated.

PAGE 1   NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST
              FOR TERMINATION OF ECF NOTIFICATIONS
*United States v. Olaf Janke*
BN 46333475v1

Buchalter Ater Wynne
1331 NW Lovejoy Street, Suite 900
Portland, OR  97209-3280
Telephone: 503.226.1191

Undersigned counsel continue to be counsel of record for the Defendant and respectfully request that copies of all pleadings and notices continue to be sent to them as indicated below.

Respectfully submitted this 6th day of August, 2021.

BUCHALTER ATER WYNNE

By   s/ Daniel L. Lis
Daniel L. Lis, OSB No. 162257
1331 NW Lovejoy Street, Suite 900
Portland, OR 97209-3280
Telephone: 503-226-1191
Email: dlis@buchalter.com

POLSINELLI PC

By   s/ Edward F. Novak
Edward F. Novak
(*Pro Hac Vice* Admission)
Polsinelli PC
1 East Washington Street
Suite 1200
Phoenix, AZ 85004
Telephone: 602-650-2020
Email: enovak@polsinelli.com

Attorneys for Defendant Olaf Janke

PAGE 2  NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR TERMINATION OF ECF NOTIFICATIONS
*United States v. Olaf Janke*
BN 46333475v1

Buchalter Ater Wynne
1331 NW Lovejoy Street, Suite 900
Portland, OR 97209-3280
Telephone: 503.226.1191